■ JOHN NIBLACK, Appellant, v CITY OF NEW YORK, Respondent. [655 NYS2d 342] —Order, Supreme Court, Bronx County (Douglas McKeon, J.), entered on or about August 22, 1995, which, in an action for personal injuries allegedly caused by a sidewalk defect, granted defendant City of New York's motion for summary judgment dismissing the complaint and denied plaintiff's cross motion to set the matter down for a new trial, unanimously affirmed, without costs.

The court properly dismissed the complaint on the ground that the duplicate map did not constitute prior written notice of the alleged defects relied upon by plaintiff (*Katz v City of New York*, 87 NY2d 241). Concur—Murphy, P. J., Rosenberger, Rubin and Mazzarelli, JJ.

■ MIGUEL GOMEZ, JR., et al., Appellants, v 1515 SELWYN ASSOCIATES, Respondent. [654 NYS2d 369] —Order, Supreme Court, Bronx County (Anne Targum, J.), entered on or about December 12, 1995, which denied plaintiffs' motion to preclude the testimony of defendant's examining physician at trial, unanimously affirmed, without costs.

The motion was properly denied on the ground that the absence of plaintiffs' attorney from the physical examination of the infant plaintiff was not caused by any effort by defendant or its physician to exclude her but by the attorney's failure to advise the physician that she was going to be present. We perceive no prejudice to the infant plaintiff's interests attributable to such absence. Concur—Murphy, P. J., Rosenberger, Rubin and Mazzarelli, JJ.